**TEXAS WEST OIL AND GAS CORPORATION, Appellant (Plaintiff),**

v.

**FIRST INTERSTATE BANK OF CASPER, and Gordon Gibson, Appellees (Defendants).**

**No. 86–123.**

Supreme Court of Wyoming.

Feb. 2, 1988.

### ORDER

A petition for rehearing filed by appellant was granted by this Court on November 4, 1987, and the Court having listened to oral argument upon rehearing, and having considered the briefs and examined the record herein, determines that a rehearing was improvidently granted.

It is ORDERED that the decision of the Court as an opinion published October 2, 1987, and reported at 743 P.2d 857 is reconfirmed.

THOMAS and CARDINE, JJ., dissent.